---

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

District of Delaware ▾

Case number (*if known*): 24- _____  Chapter 15

☐ Check if this is an
amended filing

---

Official Form 401

# Chapter 15 Petition for Recognition of a Foreign Proceeding   12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write debtor's name and case number (if known).

1. **Debtor's name**
   Goli Nutrition, Inc. (USA)

2. **Debtor's unique identifier**

   **For non-individual debtors:**

   ☑ Federal Employer Identification Number (EIN)   3  5 -2  6  6  2  6  5  5

   ☐ Other _____. Describe identifier _____

   **For individual debtors:**

   ☐ Social Security number:   xxx – xx– ____ ____ ____ ____

   ☐ Individual Taxpayer Identification number (ITIN)   9 xx – xx – ____ ____ ____ ____

   ☐ Other _____. Describe identifier _____

3. **Name of foreign representative(s)**
   Deloitte Restructuring, Inc.

4. **Foreign proceeding in which appointment of the foreign representative(s) occurred**
   CCAA Proceeding; Superior Court; Commercial Division; District of Montreal

5. **Nature of the foreign proceeding**

   *Check one:*
   ☐ Foreign main proceeding
   ☐ Foreign nonmain proceeding
   ☑ Foreign main proceeding, or in the alternative foreign nonmain proceeding

6. **Evidence of the foreign proceeding**

   ☑ A certified copy, translated into English, of the decision commencing the foreign proceeding and appointing the foreign representative is attached.

   ☐ A certificate, translated into English, from the foreign court, affirming the existence of the foreign proceeding and of the appointment of the foreign representative, is attached.

   ☐ Other evidence of the existence of the foreign proceeding and of the appointment of the foreign representative is described below, and relevant documentation, translated into English, is attached.
   _____
   _____

7. **Is this the only foreign proceeding with respect to the debtor known to the foreign representative(s)?**

   ☐ No. (Attach a statement identifying each country in which a foreign proceeding by, regarding, or against the debtor is pending.)
   ☑ Yes

---

Debtor    Goli Nutrition, Inc. (USA)                                    Case number (if known) 24-
_____
Name

---

**8. Others entitled to notice**

Attach a list containing the names and addresses of:

(i)   all persons or bodies authorized to administer foreign proceedings of the debtor,

(ii)  all parties to litigation pending in the United States in which the debtor is a party at the time of filing of this petition, and

(iii) all entities against whom provisional relief is being sought under § 1519 of the Bankruptcy Code.

---

**9. Addresses**

| Country where the debtor has the center of its main interests: | Debtor's registered office: |
|---|---|
| Canada. | 1201 Orange Street; Suite 600 |
| | Number     Street |
| | P.O. Box |
| | Wilmington, DE                          19801 |
| | City            State/Province/Region    ZIP/Postal Code |
| | United States |
| | Country |

| Individual debtor's habitual residence: | Address of foreign representative(s): |
|---|---|
| | 8430-240 Av des Canadiens-de-Montréal |
| Number     Street | Number     Street |
| P.O. Box | P.O. Box |
| | Montreal, Quebec                    H3B 0M7 |
| City     State/Province/Region   ZIP/Postal Code | City     State/Province/Region   ZIP/Postal Code |
| | Canada |
| Country | Country |

---

**10. Debtor's website** (URL)

goli.com

---

**11. Type of debtor**

*Check one:*

❑ Non-individual (*check one*):

☑ Corporation. Attach a corporate ownership statement containing the information described in Fed. R. Bankr. P. 7007.1.

❑ Partnership

❑ Other. Specify: _____

❑ Individual

---

| Debtor | Goli Nutrition, Inc. (USA) | Case number (if known) 24- |
|---|---|---|
| | Name | |

**12. Why is venue proper in *this* district?**

*Check one:*

☑ Debtor's principal place of business or principal assets in the United States are in this district.

☐ Debtor does not have a place of business or assets in the United States, but the following action or proceeding in a federal or state court is pending against the debtor in this district:

_____

☐ If neither box is checked, venue is consistent with the interests of justice and the convenience of the parties, having regard to the relief sought by the foreign representative, because:

_____ .

**13. Signature of foreign representative(s)**

I request relief in accordance with chapter 15 of title 11, United States Code.

I am the foreign representative of a debtor in a foreign proceeding, the debtor is eligible for the relief sought in this petition, and I am authorized to file this petition.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct,

✖ _____     Benoit Clerache
   Signature of foreign representative          Printed name

Executed on  03/19/2024
             MM / DD / YYYY

✖ _____     _____
   Signature of foreign representative          Printed name

Executed on  _____
             MM / DD / YYYY

**14. Signature of attorney**

✖ */s/ Matthew B. McGuire* _____     Date   3/19/2024
   Signature of Attorney for foreign representative          MM / DD / YYYY

Matthew B. Mcguire
Printed name

Landis Rath & Cobb, LLP
Firm name

919 Market Street; Suite 1800
Number          Street

Wilmington                              DE        19899
City                                    State     ZIP Code

(302) 467-4400                          mcguire@lrclaw.com
Contact phone                           Email address

4366                                    DE
Bar number                              State

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

```
----------------------------------------------------------------  x
In re:                                            :    Chapter 15
                                                  :
GOLI NUTRITION INC.                               :    Case No. 24-_____  (___)
                                                  :
            Debtors in a Foreign Proceeding.      :    Joint Administration Requested
                                                  :
----------------------------------------------------------------  x
```

**CORPORATE OWNERSHIP STATEMENT PURSUANT TO BANKRUPTCY RULES**
**1007(A) AND 7007.1**

Deloitte Restructuring Inc., in its capacity as the court-appointed monitor (the "<u>Petitioner</u>")

and authorized foreign representative of Goli Nutrition, Inc. ("<u>Goli US</u>") in the Canadian

proceedings commenced under the *Companies' Creditors Arrangement Act*, R.S.C. 1985, c. C-36,

as amended, pending before the Superior Court, sitting in the Commercial Division in the District

of Montreal, hereby files Corporate Ownership Statement pursuant to Rules 1007(a)(4) and 7007.1

of the Federal Rules of Bankruptcy Procedure, and states that the following entities own 10% or

more of any class of Goli US's equity interests:

| Entity | Percentage of Outstanding Shares |
|---|---|
| Goli Nutrition, Inc. a company incorporated in Québec, Canada | 100% |

*[Signature on following page]*

Dated:  March 19, 2024
        Wilmington, Delaware

**LANDIS RATH & COBB LLP**

*/s/ Matthew B. McGuire*
Matthew B. McGuire (No. 4366)
Matthew R. Pierce (No. 5946)
Joshua B. Brooks (No. 6765)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
Email: mcguire@lrclaw.com
       pierce@lrclaw.com
       brooks@lrclaw.com

-and-

**NORTON ROSE FULBRIGHT US LLP**
Andrew Rosenblatt (*pro hac vice* pending)
Francisco Vazquez (*pro hac vice* pending)
Michael Berthiaume (*pro hac vice* pending)
1301 Avenue of the Americas
New York, New York 10019
Telephone: (212) 408-5100
Facsimile: (212) 541-5369
Email: andrew.rosenblatt@nortonrosefulbright.com
francisco.vazquez@nortonrosefulbright.com
michael.berthiaume@nortonrosefulbright.com

*Counsel to the Petitioner*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
-------------------------------------------------------------- x
In re:                                          :   Chapter 15
                                                :
GOLI NUTRITION INC., et al.,¹                   :   Case No. 24-_____  (___)
                                                :
              Debtors in a Foreign Proceeding.  :   Joint Administration Requested
                                                :
-------------------------------------------------------------- x
```

### PETITIONER'S LIST FILED PURSUANT TO BANKRUPTCY RULE 1007(A)(4)

Deloitte Restructuring Inc., in its capacity as the court-appointed monitor and duly authorized foreign representative (in such capacity, the "Petitioner"), as defined by section 101(24) of title 11 of the United States Code (the "Bankruptcy Code"), of Goli Nutrition Inc. ("Goli Canada") and Goli Nutrition Inc. (USA) ("Goli US"), (together the "Debtors"), through its United States co-counsels, Landis Rath & Cobb LLP and Norton Rose Fulbright US LLP, respectfully submits this *Petitioner's List Filed Pursuant to Bankruptcy Rule 1007(a)(4)*, which provides that:

> a foreign representative filing a petition for recognition under chapter 15 shall file with the petition . . . unless the court orders otherwise, a list containing the names and addresses of all persons or bodies authorized to administer foreign proceedings of the debtor, all parties to litigation pending in the United States in which the debtor is a party at the time of the filing of the petition, and all entities against whom provisional relief is sought under § 1519 of the Code.

Fed. R. Bankr. P. 1007(a)(4).

---

[1]   The Debtors in these Chapter 15 cases, are: Goli Nutrition, Inc., a company incorporated in Québec, Canada and the last 4 digits of its Canadian business number is 0002; and Goli Nutrition Inc., a company incorporated in Delaware and the last 4 digits of its federal tax identification number is 2655. The Debtors are collectively managed from their corporate headquarters which are located at 2205 Boul. De la Côte-Vertu, suite 200, Montreal, Québec, Canada.

**A.** <u>**Names and Addresses of All Administrators in Foreign Proceedings of the Debtor**</u>

1.      As set forth in greater detail in the Verified Petition, the Debtors are currently subject to Debtors' insolvency proceedings commenced under the *Companies' Creditors Arrangement Act*, R.S.C. 1985, c. C-36, as amended (the "<u>CCAA</u>") pending before the Superior Court, sitting in the Commercial Division for the district of Montréal (the "<u>Canadian Court</u>"), File No. 500-11-063787-242 (the "<u>Canadian Proceedings</u>"). The Canadian Court has appointed Petitioner to oversee the Canadian Proceedings:

| **DELOITTE RESTRUCTURING INC** | a legal person having a place of business at 500-1190 des Canadiens-de-Montréal Avenue, in the city and judicial district of Montréal, Québec, H3B 0G7 |
|---|---|

**B.      All Parties to Litigation in Which Debtors are a Party that is Pending in the United States at the Time of the Filing of the Chapter 15 Petitions**

2.      The Petitioner is aware of certain litigation currently pending in the United States in which a Debtor is a party.  A list of the parties to such litigation is attached hereto as **Exhibit 1**.

**C.** <u>**All Entities Against Whom Provisional Relief is Sought Under 11 U.S.C. § 1519**</u>

3.      By separate motion, the Petitioner is seeking provisional relief pursuant to section 1519 of the Bankruptcy Code for an order staying execution against the Debtors' assets and commencing actions against property of the Debtors in the United States. Such relief is sought as against all creditors, including parties to litigation pending in the United States in which a Debtor is a party and counterparties to contracts entered into with a Debtor, which creditors are identified as **Exhibit 2**.

*[Signature on following page]*

Dated: March 19, 2024
      Wilmington, Delaware

**LANDIS RATH & COBB LLP**

*/s/ Matthew B. McGuire*
Matthew B. McGuire (No. 4366)
Matthew R. Pierce (No. 5946)
Joshua B. Brooks (No. 6765)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
Email:  mcguire@lrclaw.com
       pierce@lrclaw.com
       brooks@lrclaw.com

-and-

**NORTON ROSE FULBRIGHT US LLP**
Andrew Rosenblatt (*pro hac vice* pending)
Francisco Vazquez (*pro hac vice* pending)
Michael Berthiaume (*pro hac vice* pending)
1301 Avenue of the Americas
New York, New York  10019
Telephone: (212) 408-5100
Facsimile: (212) 541-5369
Email: andrew.rosenblatt@nortonrosefulbright.com
francisco.vazquez@nortonrosefulbright.com
michael.berthiaume@nortonrosefulbright.com

*Counsel to the Petitioner*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------------ x
In re:                                                       :    Chapter 15
                                                             :
GOLI NUTRITION INC., et al.,¹                                :    Case No. 24-_____ (___)
                                                             :
           Debtors in a Foreign Proceeding.                  :    Joint Administration Requested
                                                             :
------------------------------------------------------------ x
```

I, Benoit Clouâtre, a Partner of Deloitte Consulting Inc., in its capacity as the Monitor of Goli Nutrition, Inc. and its affiliated Debtors (the "Monitor"), pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury as follows:

I have the full authority to verify this petition on behalf of the Monitor.

I have read the foregoing petition, and I am informed and believe that the factual allegations contained therein are true and accurate.

I declare under penalty of perjury under the laws of the United States of America that, to the best of my knowledge, information and belief, the foregoing is true and correct.

Executed this 19th day of March 2024 in Montreal, Canada

Benoit Clouâtre, on behalf of Deloitte Consulting, Inc., in its capacity as the Monitor of Goli Nutrition Inc. and its affiliated Debtor

---

¹ The Debtors in these Chapter 15 cases, along with the last four digits of each Debtor's federal identification number, are: Goli Canada (as defined herein), federal tax identification number 732063086RC0002; and Goli US (as defined herein), federal tax identification number 35-2662655. The Debtors are collectively managed from their corporate headquarters which are located at 2205 Boul. De la Côte-Vertu, suite 200, Montreal, Québec, Canada.

**<u>Exhibit 1</u>**

| Case | Contact Information | Attorney for Plaintiff Contact Information |
|---|---|---|
| Circle K Procurement and Brands Ltd. and Circle K Stores Inc. v. Goli Nutrition Inc. (District of Arizona Case 2:23-cv-01417-DJH).  United States District Court for the District of Arizona | Circle K Procurement and Brands Ltd.<br>Circle K House, Beech Hill<br>Clonskeagh, Dublin 4, D04 Y016<br>Ireland | Dowd Bennett LLP<br>Matthew E. Jonhson |
| Bhagwati Devi Baldwa d/b/a Shri Kartikeya Pharma, an individual and Ixoreal Biomed Inc., a California Corporation v. Goli Nutrition Inc., a Canadian Corporation and Goli Nutrition Inc., a Delaware Corporation, (Case No. 23STCV18358).  Superior Court of California, County of Los Angeles | Bhagwati Devi Baldwa d/b/a Shri Kartikeya Pharma, and  Ixoreal Biomed Inc.<br>5-9-225, 3rd Floor, Sanali Estate, C.A. Lane, Abids, Hyderabad 500001 Telangana State, India | John D. Zemanek<br>Zemanek & Mills<br>11835 West Olympic Boulevard, Suite 360<br>Los Angeles, California 90064 |
| American Express Travel Related Services Company, Inc. v. Goli Nutrition, Inc. (AAA Case Number: 01-23-0005-1116). Commercial dispute before the American Arbitration Association | American Express Travel Related Services Company, Inc<br>200 Vesey Street<br>New York, New York 10285 | Gregory E. Galterio, Esq.<br>Jaffe & Asher LLP<br>600 Third Avenue<br>New York, NY 10016 |
| DLA Piper LLP (US) v. Goli Nutrition Inc., a Canadian Corporation, Goli Nutrition Inc., a Delaware Corporation and Michael Bitensky (AAA Case Number 01-23-0005-7618). Commercial dispute before the American Arbitration Association | DLA Piper LLP (US)<br>3203 Hanover Street, Suite 100<br>Palo Alto, California 94304-1123 | Martin J. O'Hara<br>Much Shelist, P.C.<br>191 N. Wacker Drive, Suite 1800<br>Chicago, Illinois 60606 |
| Ceva Logistics v. Goli Nutrition Inc. (S.D. Texas Case No. 4:2022cv03500) US District Court for the Southern District of Texas Houston Division | CEVA Contract Logistics U.S., Inc. fka CEVA Logistics US, Inc.<br>15350 Vickery Drive<br>Houston, Texas 77032 | HEATHER KABELE<br>Kane Russell Coleman Logan PC<br>5151 San Felipe Street | Suite 800 | Houston, Texas 77056 |
| SOUTHWEST MATERIAL HANDLING, INC. dba SOUTHWEST TOYOTALIFT dba SOUTHWEST WAREHOUSE SOLUTIONS, a California corporation v. GOLI NUTRITION, INC., a Delaware corporation; SUPERIOR COURT OF THE STATE OF CALIFORNIA FOR THE COUNTY OF RIVERSIDE | Southwest Material Handling, Inc. (dba Southwest ToyotaLift and Southwest Warehouse Solutions) | Reem J. Bello | Partner<br>Goe Forsythe & Hodges LLP<br>17701 Cowan Avenue, Suite 210 (Lobby D) | Irvine, CA 92614 |
| Unified Merchandising, LLC, d/b/a Unified Resources in Display v. Goli Nutrition Inc. (Superior Court of New Jersey Law Division: Union County Docket No. UNN-L-000481-24) | Unified Merchandising LLC<br>40 Boright Ave.<br>Kenilworth, NJ 07033 | David W. Lentz<br>Lentz & Gengaro LLP<br>347 Mt. Pleasant Avenue, Suite 203<br>West Orange, New Jersey 07052 |
| Odelya Hoffman; RGL Management LLC, a California Limited Liability Company; RGL Holdings LLC, a Nevada Limited Liability Company; Vitamin Friends LLC, a California Limited Liability Company v. Goli Nutrition Inc., a Canadian Corporation; Goli Nutrition Inc. (a Delaware Corporation); 12416913 Canada Inc.; Deepak Agarwal; Michael Bitensky; Randy Bitensky, VMG Partners, LLC; VMG Partners IV, LP; VMG Partners Mentors Circle IV L.P., Merical Inc.; and Jonathan Marshall, Wayne Wu, Roger Tyre, (Case No. 2:23-cv-06597). US District Court Central District of California | Sharon and Odelya Hoffman117 So | MAX FOLKENFLIK<br>FOLKENFLIK & MCGERITY<br>1500 Broadway, Suite 810<br>New York, NY 10036 |

**Exhibit 2**

| Name | Address 1 | Address 2 | City | Courriel |
|---|---|---|---|---|
| 1WorldSync, Inc. (Altus Receivables Management) | 300 South Riverside Plaza, Suite 1400 | | Chicago | ssheppard@1worldsync.com billingadmin@1worldsync.com |
| 1WorldSync, Inc. (Altus Receivables Management) | 7777 Washington Village Dr, Suite 360 | | Dayton | |
| 8451° (a Kroger company) | 100 West Fifth Street | | Cincinnati | Barry.Catron@8451.com, Chris.Skiba@8451.com |
| 9416-0926 Quebec Inc dba Elite Marketing | 814-235 Peel St | | Montréal | mark@elitemarketing.ca |
| Advanced Marketing & Sales LLC | 7602 N 13th Ave | | Phoenix | bbooker@amssalesllc.com |
| Amazon Advertising | PO Box 24651 | | Seattle | |
| American Broadcasting Companies, Inc. | 500 Seneca Street, Suite 503 | | Buffalo | robert.tharnish@abc-amega.com |
| Analysis Group, Inc. | 111 Huntington Avenue,14th Floor | | Boston | AGReceivables@analysisgroup.com |
| Anderson Merchandisers, LLC | 5601 Granite Parkway, Suite 1400 | | Plano | jerry.murray@amerch.com |
| Arnold & Porter Kaye Scholer LLP | 777 South Figueroa Street, 44th Floor | | Los Angeles | Kathryn.Jensen@arnoldporter.com |
| ASAP Document Services | 2200 Wilson Blvd, Suite 102-553 | | Arlington Virgina | service@asapdocument.com |
| Attentive Mobile Inc | 221 River St, 9th Floor | | Hoboken | ar@attentivemobile.com |
| Audacy Operations, Inc | 345 Hudson Street | | New York | tony.nevel@audacy.com |
| Avalara, Inc. | 255 S. King St. Suite 1800 | | Seattle | |
| B Lab Company (B Lab US & Canada LLC) | 228 Park Ave S PMB 21591 | | New York | invoicing@usca.bcorporation.net /finance@bcorporation.net |
| Bay Cities Packaging & Design (Bay Cities Container Corporation) | 5138 Industry Avenue | | Pico Rivera | josephs@bay-cities.com |
| BBB National Programs, Inc. | 1676 International Dr, Suite 550 | | McLean | |
| BDG Law Group | 10880 Wilshire Blvd, #1015 | | Los Angeles | jpratt@bdgfirm.com |
| Benjamin Berger Consulting | Oetlingerstrasse 52, Basel | | Basel-Stadt 4057 | ben@impulsumlab.com |
| BERKELEY RESEARCH GROUP, LLC (BRG) | 2200 Powell Street, Suite 1200 | | Emeryville | jstec@thinkbrg.com |
| BETTER BUSINESS BUREAU | 1112 S Bascom Ave | | San Jose | |
| bimodal llc | 17 horton lane | | Billerica | |
| Bliss Point Media | 1014 Broadway, Suite 1261 | | Santa Monica | accounting@blisspointmedia.com |
| Blue Ocean Global Technology | 70 Pine Street, Suite 1324 | | New York | ssomal@blueoceanglobaltech.com |
| Bolton Food Group | Jacob Bolton, 2139 E Sigler Rd | | Carleton | jake@boltonfoodgroup.com |
| Canada Post | 2701 Riverside Dr | | Ottawa | cmg@canadapost.ca |
| Carlo Contoreggi | 12141 Red Stream Way | | Columbia | ccontore@yahoo.com |
| CASCADES RECOVERY+ a division of Cascades Canada ULC | 66 Shorncliffe Road | | Toronto | patricia_leblanc@cascades.com |
| CBS Studios Inc. or CBS Interactive Inc. | 524 West 57th Street, 3rd Floor | | New York | DPBuckley@cbs.com/hmalloy@cbs.com |
| CBS Television Network | 51 West 52nd Street | | New York | claudia.alvarado@viacomcbs.com/cameron.delany@paramount.com |
| Charter Communications Operating, LLC dba Spectrum Reach | PO Box 936671 | | Atlanta | John.Osmanski@charter.com |
| Circle K Procurement and Brands Limited | 1130 W Warner Rd | | Tempe | mreed3@circlek.com |
| Cision US Inc. | 12051 Indian Creek | | CtBeltsville | |
| Clever Foods & Supplements, LLC | 1508 Vo Tech Dr | | Weslaco | ricardo@gocleverfoods.com |
| Clyde & Co US LLP | 2020 Main Street, Suite 1100 | | Irvine | Billy.Nickelson@clydeco.us/Wendi.Pearce-Sutgrey@clydeco.us |
| Commission Junction LLC | 530 East Montecito Street | | Santa Barbara | loraine.rawlins@cj.com |
| Concur Technologies, Inc. | 222 Bay Street, Suite 2000 | | Toronto | |
| Connect Brand Management | 9 Heaney Court | | Aurora | |
| Consumer Connection Inc | 6947 Coal Creek Parkway SE, #3100 | | Newcastle | CierraM@ccinc.org |
| Cox Media, LLC (CoxCom, LLC) | 6205B Peachtree Dunwoody Rd | | Atlanta | nicole.hefferan@coxmedia.com/Ron.Moorhouse@coxmedia.com |
| Criteo Canada Corp. | 500 King Street West, 3rd Floor | | Toronto | collections@criteo.com Carlos.Torres.Martin@intrum.com |
| Criteo Corp | 387 Park Avenue South, 11th and 12th Floor | | New York | collections@criteo.com / Carlos.Torres.Martin@intrum.com |
| Crossmark, Inc. | 5100 legacy drive | | Plano | jennifer.maynard@productconnections.com/Tenille.Shurn@crossmark.com/JRose@wisintl.com |
| CSB Nutrition Corporation | 2600 North Main Street, PO Box 565 | | Spanish Fork | craig@csbnutrition.com |
| Dash Hudson | 600-1668 Barrington St | | Halifax | dan.fagioli@dashhudson.com accounting@dashhudson.com |
| Datasite LLC | 733 Marquette Avenue South, Suite 600 | | Minneapolis | Eric.Vachon@datasite.com |

| | | | |
|---|---|---|---|
| Davies Ward Phillips & Vineberg SENCRL srl | 900 Third Avenue, 24th Floor | New York | mberger@dwpv.com |
| Daymon Worldwide Canada Inc. | 2 Gurdwara Rd, Suite 604 | Nepean | ARRemittance@Daymon.com |
| DDD Works LLC | 902A S. Walton Blvd, Ste 1 PMB 292 | Bentonville | hbrady@daredevildisplay.com |
| Desisto MGMT LLC | 191 Bernard Dr | Manahawkin | accounting@pauldesisto.com |
| Destini Global LLC | 222 West Hubbard Street, #300 | Chicago | destinibilling@spins.com |
| Di Salvo Howard PLLC | 116 Linden Street Rockville Centre | New York | bhoward@disalvo-group.com |
| Dialogue Health Technologies Inc. | 390 Notre Dame Ouest, #200 | Montréal | accounting@dialogue.co |
| Dierbergs Markets, Inc. | 16690 Swingley Ridge Rd | Chesterfield | haleyk@dierbergs.com |
| Dispute Dynamics, Inc. | 30262 Crown Valley Parkway, #B461 | Laguna Niguel | khebert@disputedynamics.com |
| DLA Piper LLP (US) | Suite 100, 3203 Hanover Street | Palo Alto | accounts@us.dlapiper.com |
| Driveline Retail Merchandising, Inc. | 1141 E 1500 North Rd | Taylorville | |
| DTO Law | 601 S. Figueroa Street, Suite 2130 | Los Angeles | wdelgado@dtolaw.com |
| Eclaire Health, LLC (fka Eclaire Farm, LLC) | 23932 NE Glisan Street | Gresham | dan@eclairehealth.com |
| Eden Reforestation Projects | 303 W. Foothill Blvd, Unit 13 | Glendora | camden.henderson-joliat@edenprojects.org |
| Effectv (Comcast) | One Comcast Center, 36th Floor | Philadelphia | Erin_Nicosia@comcast.com |
| Electronic Imaging Services, Inc. | 2800 Cantrell Road, Suite 500 | Little Rock | nwolfe@vestcom.com/ bschenk@vestcom.com |
| Emburse, LLC | 320 Cumberland Ave | Portland | deborah.ryan@emburse.com |
| Empire Display Solutions | 850 Lincoln Ave #11 | Bohemia | matth@empiredisplaysolutions.com |
| Ernst & Young LLP | 100 Adelaide Street West | Toronto | Rizza.Joy.B.Camarse@ca.ey.com |
| ESPN, Inc. | 500 Seneca Street, Suite 503 | Buffalo | robert.tharnish@abc-amega.com |
| eSSENTIAL Accessibility, Inc. | 658 Danforth Avenue, Suite 200 | Toronto | sarais.pineda@levelaccess.com |
| eSSENTIAL Accessibility, Inc. | 83 Yonge Street, Suite 300 | Toronto | |
| Evon Ho | 506 E 54th Ave | Vancouver | evonyjho@gmail.com |
| Feldkamp Marketing | 7691 Five Mile Rd, Suite 203 | Cincinnati | |
| Fineline Technologies | P.O. Box 934219 | Atlanta | gmariyappan@finelinetech.co.in |
| FIRST Insurance Funding of Canada | 20 Toronto Street, Suite 700 | Toronto | |
| Flatworld Solutions, Inc. | 116 Village Blvd | Princeton | karthik.ga@flatworldsolutions.com |
| Fodmap Pty Ltd | LEVEL 1/91 Maroondah Hwy | Ringwood VIC 3134 | |
| FOX NEWS NETWORK, LLC | 1211 Avenue of the Americas | New York | accountingcash@fox.com |
| FREEMAN EXPOSITIONS, LTD | 61 Brown's Line | Toronto | Eryn.Martin@freeman.com |
| Freshworks Inc. | 2950 S. Delaware St, Suite 201 | San Mateo | |
| FrontLIne Marketing (ADW Acosta, LLC) | P.O. BOX 841678 | Dallas | NSeinen@frontlinemarketing.com |
| GASCON & ASSOCIES S.E.N.C.R.L. | 1100 Boul. René-Lévesque O Bureau 700 | Montréal | mdiaz@gascon.ca |
| Genius Central Systems, Inc. | 2025 Lakewood Ranch Blvd, Suite 202 | Bradenton | accountsreceivable@geniuscentral.com |
| Gentilhomme Westmount inc. | 3058 Rue Saint-Antoine O | Montréal | ouestdrive@gmail.com |
| Global Mail, Inc. dba DHL eCommerce Solutions | 2700 South Commerce Parkway, Suite 300 | Weston | Tyika.Smith@dhl.com |
| GoBrands, Inc | 537 N 3rd Street | Philadelphia | stefanie.cooper@gopuff.com |
| Goodwin Procter LLP | The New York Times Building, 620 Eighth Avenue | New York | VGriffin@goodwinlaw.com |
| Gowling WLG | 160 Elgin Street, Suite 2600 | Ottawa | payments.ca@gowlingwlg.com |
| Griffin International Companies, Inc. (subsidiary of CITIES Market Studios) | 5850 Opus Parkway, Suite 250 | Minnetonka | |
| GS1 Canada | 1500 Don Mills Road, Suite 800 | Toronto | |
| Hal Poret LLC | 142 Hunter Ave | Sleepy Hollow | Hal.inc42@gmail.com |
| Hardy, Norman & Associes S.E.N.C.R.L. | 7875 Louis-H. Lafontaine Blvd | Anjou | DSL@hna.ca |
| Hotel Du Point | 42 W 11TH Street | Wilmington | bmbodji@hoteldupont.com |
| HubSpot Inc | 2 Canal Park | Cambridge | billing@hubspot.com, collections@hubspot.com |
| Hydro Westmount | PO Box 335, STN Westmount | Westmount | hydrowestmount@westmount.org |
| Ibotta, Inc | 1801 California Street, Suite 400 | Denver | francisca.martinez-rg@ibotta.com |
| IDR Marketing Partners LLC dba Brandshare | P.O. Box 744843 | Atlanta | jsikoro@brandshare.us |
| iLevel Brands Inc | 7600 Newhall Ln | Austin | |
| Immuneti Nutrition Inc | 1800-500 Place d'Armes | Montreal | ap@immuneti.com |
| Information Resources, Inc. | 203 N. LaSalle Street | Chicago | MohammedWasim.Bari@circana.com |
| INMAR- Youtech | One West Fourth St, Suite 500 | Winston-Salem | arps@inmar.com |
| InterTrade Systems Inc. | 333 South Seventh Street, Suite 1000 | Minneapolis | accountsreceivable@intertrade.com |
| Johanson Transportation Service | Po Box 55003 | Fresno | bcaeton@johansontrans.com |

| | | | | |
|---|---|---|---|---|
| Johnson Dalal | 111 N Pine Island Rd, Suite 105 | | Plantation | Billing@JohnsonDalal.com |
| Josh Splansky Consulting | 28 Fairview Ave | | Lynnfield | joshsplansky@courtpresent.com |
| JTB Distribution Inc. | 2446 R. Notre Dame O | | Montréal | william@colderfresherlonger.com |
| Juro Online Limited | 7-9 Woodbridge St | | London EC1R 0LL | invoices@juro.com/richard@juro.com |
| Keller and Heckman LLP | 1001 G St NW Suite 500 West | | Washington | cooper@khlaw.com |
| Knocking Inc. | 357 Commerce Dr, PB 320599 | | Fairfield | |
| Kugler Kandestin LLP | 1 Place Ville-Marie, Suite 1170 | | Montréal | mzeffiro@kklex.com |
| Kustomer, Inc. | 5 Penn Plaza, 19th Floor | | New York | client-billing@kustomer.com |
| Lathrop GPM LLP | 2345 Grand Blvd, Suite 2200 | | Kansas City | felicia.collett@lathropgpm.com/krichardson@frontlinems.com |
| Lawrence J. Cheskin | 3950 White Rose Way | | Ellicott City | lcheskin@gmu.edu |
| LegalPartner Group, LLC | PO Box 7771955 | | Chicago | THEININGER@LEGALPARTNERSGROUP.COM |
| LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P. | 2818 La Cienega Avenue | | Los Angeles | EHK@lnbyg.com |
| LexisNexis Risk Solutions | 28330 Network Place | | Chicago | David.DePietri@Lexisnexisrisk.com |
| Linguanational Translations, Inc. | 401 N Michigan Ave, Suite 1200 #12135 | | Chicago | jmarkos@linguanational.com |
| LinkedIn | 16 York St. | | Toronto | |
| LIVEKETO PRIVATE LIMITED | DG-A-03-023, The Digital Greens, Sector-61, Wazirabad | | Gurgaon, Haryana 122011 | finance@liveketo.in |
| Loed & Loeb LLP | 321 North Clark Street, Suite 2300 | | Chicago | LoebInvoices@loeb.com |
| Louis J. DeFilippi, LLC | 208 Edgewood Ln | | Palatine | defilip1@flash.net |
| Lumanity Clinical and Regulatory Inc | 67 E. Park Place, Suite 600 | | Morristown | Mary.Foy@lumanity.com |
| Lynn Pinker Hurst & Schwegmann, LLP | 2100 Ross Avenue, Suite 2700 | | Dallas | spacheco@lynnllp.com |
| Malaco, Inc | 3023 W Northside Dr | | Jackson | smadison@malaco.com |
| Maplebear Inc. dba Instacart | P.O. Box 103272 | | Pasadena | ar@instacart.com Anthony.Miller@radiusgs.com |
| Maplebear Inc. dba Instacart | 50 Beale Street, Suite 600 | | San Francisco | |
| Market Performance Group, LLC | 960 Holmdel Rd building 2 | | Holmdel | arsupport@MPGLLC.com |
| Marketplace Operations Inc. | 350 5th Ave, 41st floor | | New York | |
| Marsh Canada Limited | 120 Bremner Boulevard, Suite 800 | | Toronto | |
| Marshall Retail Group, LLC | 3755 West Sunset Rd. Suite A | | Las Vegas | |
| McDonald Hopkins LLC | 600 Superior Ave E, Suite 2100 | | Cleveland | MHAccounting@mcdonaldhopkins.com |
| McLane Company Inc. | 4747 McLane Parkway | | Temple | Cheryl.Broemer@mclaneco.com Mary.Bentley@mclaneco.com |
| McMillan LLP | 1000 Sherbrooke Street West Suite 2700 | | Montréal | arandcollections@mcmillan.ca |
| Media Solutions Group | 2001 RT 46 - SUITE 402 | | Parsippany | cgliemann@cliffordpaper.com |
| Media Solutions Group Canada | 600 E Crescent AveUpper | | Saddle River | cgliemann@cliffordpaper.com |
| MeriCal LLC | 2995 E Miraloma Ave | | Anaheim | aricardo@merical.com |
| Meta Platforms, Inc. - CAD | 1601 Willow Rd | | Menlo Park | ar@meta.com [with copy to: david@msllp.com] |
| Miller Thomson | 1000 Rue De la Gauchetière O Bureau 3700 | | Montreal | bsimoneau@millerthomson.com |
| Mindsight, LLC | 7676 Torrey Court | | Arvada | carrie@mindsighters.com |
| Montreal mini storage | 5260 Ferrier St | | Montreal | 5260ferrier@montrealministorage.com |
| Montreal mini storage | 2250 Boul. de Maisonneuve E | | Montréal | |
| MORRISON COHEN LLP | 909 Third Avenue, 27th Floort | | New York | reid@morrisoncohen.com |
| Mueller Yurgae Associates, Inc. | 2155 E. 129th Street | | Olathe | |
| OnRetail, LLC | 326 SW A St, Suite 200 | | Bentonville | |
| OptiConversion, LLC | 121 N 2nd St, Suite J | | Saint Charles | s@opticonversion.com |
| Orthodox Union | 40 Rector Street, 4th floor | | New York | |
| OTG Management, LLC | 352 Park Avenue South, Floor 10 | | New York | |
| OUTPOST MTL | 812-160 Saint-Viateur East | | Montreal | bertrand@outpostmtl.com |
| PackageBee | 708, Church Street | | Decatur | |
| Paradies Lagardere | P.O. Box 734110 | | Dallas | AR@paradies-na.com |
| Parker Group, Inc. | 401 Broadway, Suite 701 | | New York | accounting@getparker.com |
| Patexia Inc. | 100 Wilshire Blvd Ste, Suite 700 | | Santa Monica | accounting@patexia.com, renny@patexia.com |
| Pinterest, Inc. | 651 Brannan Street | | San Francisco | ar@pinterest.com |
| Premier Global Property Investments | 8430 Santa Monica Blvd West | | Hollywood | jlloydsold@aol.com/accounting@pgpinvest.com |
| Prevost Notaires Inc. | 1600-2000 AVE, McGill College | | Montreal | afebbraio@prevostnotaires.com |
| PriceSmart, Inc. | 9740 Scranton Road | | San Diego | hbartz@pricesmart.com |
| Quality IMPORT Solutions Inc. | 4145 North Service Road, Suite 200 | | Burlington | kfrizzell@qualitysmartsolutions.com/accounts@qualitysmartsolutions.com |
| Quench Canada, Inc | PO Box 12225, Station A | | Toronto | mmarsh@quenchwater.com |
| Rakuten Rewards | 800 Concar Drive, Suite 175 | | San Mateo | |

| Name | Address | | City | Email |
|------|---------|---|------|-------|
| Raymond West (Raymond Handling Solutions, Inc) | 9939 Norwalk Blvd | | Santa Fe Springs | ruby.mogavero@raymondwest.com |
| Rebl House inc. | 322 Saint Thomas | | Montreal | rachel@reblhousemedia.com/ will@reblhousemedia.com |
| Red Fox Analytics | 4845 Pearl East Circle, Suite 118, PMB 66940 | | Boulder | redfoxlabs@stage1financial.com |
| Red Points | Berlín Street, 38-48 1a 08029 | | Barcelona | admin@redpoints.com |
| Risa Schulman Schlager | 19 Lehigh Ave | | Clifton | risa.schulman18@gmail.com |
| Rite Aid Hdqtrs. Corp | P.O. Box 3165 | | Harrisburg | |
| Robert A. Leonard, Ph.D. | 51 Lake Avenue | | Mill Neck | Rlforensics@outlook.com |
| Rogers Communications | One Mount Pleasant Road | | Toronto | |
| RSM US LLP | 4650 East 53rd St | | Davenport | RSMUSInvoicesandStatements@rsmus.com/Tammy.Meagher@rsmus.com |
| RSM US LLP | 300 South Tryon Street, Suite 1500 | | Charlotte | |
| S & S Food Broker | 100 Saratoga Village Blvd, Suite 50 | | Ballston Spa | Kelly@ssfoodbroker.com |
| SafetyCall International, LLC | 3600 American Blvd W., Suite 725 | | Bloomington | kvanderheyden@safetycall.com |
| Saul Ewing, LLP | 1201 N Market St, #2300 | | Wilmington | natalia.montanez@saul.com |
| Schneider National Carriers, Inc. | 3101 South Packerland Drive, P.O. Box 2545 | | Green Bay | CassidyS1@schneider.com/ WestfallA@schneider.com |
| SIGNIFYD,INC | 99 South Almaden Boulevard, Suite 400 | | San Jose | |
| Sinclair Broadcast Group (Sinclair Television Group Inc) | PO Box 206270 | | Dallas | jmcgill@sbgtv.com |
| Sledge hammer Product Destruction LLC | 9400 Hall Rd | | Downey | jeff@sledgehammerpd.com |
| Snell & Wilmer L.L.P. | One East Washington Street, Suite 2700 | | Phoenix | tgallup@swlaw.com |
| Specialty Foods Sales & Marketing | 4887 E. La Palma Ave, Suite 703 | | Anaheim | Michael@specialtyfoodsales.net |
| SPINS LLC | 222 West Hubbard St, Suite 300 | | Chicago | mlansville@spins.com |
| SPS Commerce, Inc. | PO Box 205782 | | Dallas | billing@spscommerce.com/zpbassuener@spscommerce.com |
| Staci US Corp. (Staci Americas LLC) | PO Box 956430 | | Duluth | kerry.anderson@staciamericas.com |
| Stevens Global Logistics, Inc. | 3700 Redondo Beach Avenue | | Redondo Beach | brianh@stevensglobal.com |
| Summit Nutritional Laboratories | 2600 N Main St | | Spanish Fork | kevin@summitnutritional.com |
| The Bureau Vomela Companies | 845 Minnehaha Ave E | | St Paul | |
| The Data Council, Inc. | 15310 Barranca Parkway, Ste 100 | | Irvine | tdc.accounting@advantagesolutions.net |
| The Royal Group (Schwarz Partners Packaging, LLC) | 1300 Highland Corporate Dr, Suite 104 | | Cumberland | Rbrodeur@teamtrg.com |
| The Shuster Group LLC | 2213 Mendon Road | | Woonsocket | |
| Thomson Reuters West Publishing Corporation | 610 Opperman Drive | | Eagan | |
| TIKTOK INC. | 78 Mowat Ave | | Toronto | us_collection@bytedance.com |
| Treetop Industries LLC (fka Canopy Industries, LLC)) | 5093 Dronnigens Gade Ste 1 St | | Thomas | |
| UL Verification Services Inc. | 62045 Collections Center Drive | | Chicago | NBKCollections@ul.com |
| Unified Merchandising LLC | 40 Boright Avenue | | Kenilworth | jedelman@unifiedrid.com/wrich@unifiedrid.com |
| Upfluence Inc. | 214 Sullivan Street, #3A | | New York | JKhan@cedarsbiz.com |
| Upfluence Inc. | 5230 Las Virgenes Road, Suite 210 | | Calabasas | |
| Vegan Action | P.O. Box 7313 | | Richmond | |
| Vendo, LLC | 11601 Wilshire Blvd, Suite 1818 | | Los Angeles | finance@vendocommerce.com |
| Viacom CBS | 24670 Network Place | | Chicago | leslie.murphy@viacomcbs.com |
| Vitamin Angel Alliance, Inc. | PO Box 4490 | | Santa Barbara | donations@vitaminangels.org/sminger@vitaminangels.org |
| Vitamin Angel Alliance, Inc. | 6500 Hollister Avenue, Suite 130 | | Goleta | |
| VMG Partners II, LLC | 39 Mesa Street, Suite 310 | | San Francisco | esposito@vmgpartners.com |
| Waste Repurposing International Inc. dba Smarter Sorting | 1101 E 6th Street | | Austin | finance@smartersorting.com |
| We Pack It All | 2745 E. Huntington DR | | Duarte | jesse.fonseca@wepackitall.com |
| WIN Nutrition, LLC | 794 Sunrise Blvd | | Mount Bethel | accounting@winutrition.com |
| Winston & Strawn LLP | 333 S. Grand Ave | | Los Angeles | AccountsReceivableFIRM@winston.com |
| WPIX | 15190 Collection Center Dr | | Chicago | jesmith@nexstar.tv |
| WPIX | 5000 Riverside Drive, Suite 200 West Building 5 | | Irving | |
| Wrike, Inc. | 851 W Cypress Creek Rd | | Fort Lauderdale | ar@team.wrike.com |
| Y Meadows, Inc | 9430 Kirkside Rd | | Los Angeles | accounting@ymeadows.com |
| 11028227 Canada Inc. c/o Davies Ward Phillips and Vineberg LLP | 1501 McGill College Avenue, 26th Floor | | Montreal | egreenstone@dwpv.com |

| | | | | |
|---|---|---|---|---|
| 11028154 Canada Inc. c/o Davies Ward Phillips and Vineberg LLP | 1501 McGill College Avenue, 26th Floor | | Montreal | egreenstone@dwpv.com |
| Landlord Saddle Ranch APG LLC c/o Alere Property Group LLC | 100 Bayview Circle Suite 310 | | Newport Beach | DMcGilvray@alerellc.com |
| Winston & Strawn LLP | 200 Park Avenue | | New York | JPodjasek@winston.com |
| Health In Motion LLC | 3300 Horseless Carriage Drive | | Norco | |
| Lee & Associates Commercial Real Estate Services, Inc | 3240 Mission Inn Avenue | | Riverside | |
| Hughes Marino, Inc. | 1450 Front Street | | San Diego | |
| Universal Protection Service, LP d/b/a Allied Universal Security Services | 4100 E. Jurupa Street Suite #102 | | Ontario | |
| Epic Brokers | 350 S. Grand Avenue #4500 | | Los Angeles | |
| Hartford (Facility Insurance) Property Choice | One Hartford Plaza | | Hartford | |
| Southern California EDISON / CPUC, Consumer Affairs Branch | 505 Van Ness Ave., Room 2003 | | San Francisco | |
| City of Norco / Utility Billing Division | 2870 Clark Avenue | | Norco | |
| Revenu Quebec | Secteur LL805, 4 Place Laval Bureau 150 | | Laval | |
| Canada Revenue Agency | Prince Edward Island TC/TSO, 275 Pope Road | | Summerside | |
| Canada Revenue Agency | 200 RENÉ LÉVESQUE BLVD | | Montreal | |
| Revenu Quebec | C.P 4000, succursale Desjardins | | Montreal | |
| CBSA / Shawinigan National Verification and Collection Centre | 4695 Shawinigan-Sud Boulevard | | Shawinigan | |
| State of California / Franchise Tax Board | PO Box 942857 | | Sacramento | |
| States of Texas | 1700 N, Congress Suite 300 | | Austin | |
| New Mexico Taxation and Revenue Department | PO Box 25128 | | Santa Fe | |
| Australian Taxation Office | PO Box 3524 | | ALBURY NSW 2640 | |
| HM Revenue and Customs | Indv and Small Business Compliance | | BX9 1LE | |
| Inland Revenue | PO Box 39090 | Wellington Mail Centre | Lower Hutt 5054 | |
| Inland Revenue Authority of Singapore | 55 Newton Road Revenue House | | Singapore 307987 | |
| Arizona Department of Revenue | PO Box 29070 | | Phoenix | |
| Kansas Department of Revenue | PO Box 750260 | | Topeka | |
| Kentucky Department of Revenue | Sales and Use Tax | Station Number 67, 501 High Street, P O Box 181 | Frankfort | |
| Louisiana Department of Revenue | DOR, PO Box 4969 | | Baton Rouge | business.tax@La.gov |
| Minnesota Department of Revenue | 600 N. Robert St. | | St. Paul | |
| Missouri Department of Revenue | Harry S Truman State Office Building | 301 West High Street | Jefferson City | |
| North Carolina Department of Revenue | DOR, PO Box 2500 | | Raleigh | |
| North Dakota Office of State Tax Commissioner | 600 E. Boulevard, Ave., Dept. 127 | | Bismarck | |
| Nebraska Department of Revenue | PO Box 94818 | | Lincoln | |
| Ohio Department of Revenue | PO Box 182215 | | Columbus | |
| Rhode Island Division of Taxation | One Capitol Hill | | Providence | Tax.Excise@tax.ri.gov |
| Nevada Department of Taxation | 3850 Arrowhead Drive, 2nd Floor | | Carson City | |
| Iowa Department of Revenue | DOR PO Box, 10330 | | Des Moines | |
| Idaho State Tax Commission | PO Box 36, 11321, W Chinden Blvd | | Boise | |
| CNESST | 500 RENÉ LÉVESQUE BLVD O | 25e étage | MONTREAL | |
| Elizabeth Carter | PO Box 36, 11321, W Chinden Blvd, Boise ID 83722-0410 | | San Diego | |
| Schwartz Semerdjian | DOR, PO Box 4969, Baton Rouge, LA 70821-4969. business.tax@La.gov | | San Diego | |
| Stratea, LLC - Anthony Metzner | 2510 Johnson Place Dr | | Ballwin | |
| BIP / American Express Travel Related Services Company, Inc | 200 Vesey Street | | New York | gdccare@aexp.com |
| Slope Tech, Inc. | 5-7 Freelon Street | | San Francisco | ashish@slope.so |
| Banque HSBC Canada | 885 West Georgia Street | | Vancouver | alexander_fazzina@hsbc.ca |
| Parker Group, Inc. | 401 Broadway Suite 701 | | New York | accounting@getparker.com; ariel@getparker.com |
| BMO Master Card / BMO Commercial Bank, Canada/ BMO Entreprises, Canada | 105, rue Saint-Jacques, 3e étage/Floor | | Montréal | Chadi.Hamieh@bmo.com |
| Amex Bank of Canada | PO Box 2000 | | Westhill | Chadi.Hamieh@bmo.com |
| Eclaire Health, LLC | 23932 NE Glisan Street | | Gresham | |
| Charter Communications Operating, LLC d/b/a Spectrum Reach | PO Box 936671 | | Atlanta | Denise.Baumann@charter.com |
| Greenberg Traurig, LLP | 900 Stewart Ave | Suite 505 | Garden City | katy.cole@gtlaw.com |
| Brand Alignment LLC | 535 Washington St | Ste 1100 | Buffalo | |
| Paola Tiranardi | 1900-500 Place d'Armes | | Montreal | |
| Hilgers Graben PLLC Attention: Alec Schultz | 1221 Brickell Avenue, Suite 900 | | Miami | |
| ADP Canada Co. | 3250 Bloor Street West, Suite 1500 | | Toronto | |

| | | | | |
|---|---|---|---|---|
| Trinet | 1 Park Place, Suite 600 | | Dublin | |
| 11028154 Canada Inc. c/o Davies Ward Phillips and Vineberg LLP | 1501 McGill College Avenue, 26th Floor | | Montreal | dee@goli.com; egreenstone@dwpv.com |
| 11028227 Canada Inc. c/o Davies Ward Phillips and Vineberg LLP | 1501 McGill College Avenue, 26th Floor | | Montreal | mike@goli.com; egreenstone@dwpv.com |
| RGL Management LLC Sharon and Odelya Hoffman | 117 South Royal Ascot Drive | | Las Vegas | |
| BRX Management LLC c/o Boulevard Management | 21731 Ventura Blvd., Suite 300 | | Woodland Hills | |
| BRX Management LLC c/o Murphy Kress | 2401 Main Street | | Santa Monica | |
| Gordon Rees Scully Mansukhani | 1 Battery Park Plaza, 28th Floor | | New York | |
| Goodwin Procter LLP | The New York Times Building, 620 Eighth Avenue | | New York | |
| VMG Partners IV L.P. c/o VMG Partners | The Presidio, 39 Mesa Street, Suite 310 | | San Francisco | wu@vmgpartners.com; marshall@vmgpartners.com; hira@vmgpartners.com |
| VMG Partners IV L.P. / Winston & Strawn LLP | 333 South Grand Avenue | | Los Angeles | |
| VMG Partners Mentors Circle IV L.P. c/o VMG Partners | The Presidio, 39 Mesa Street, Suite 310 | | San Francisco | wu@vmgpartners.com; marshall@vmgpartners.com; hira@vmgpartners.com |
| VMG Partners Mentors Circle IV L.P. / Winston & Strawn LLP | 333 South Grand Avenue | | Los Angeles | |
| The Pruzan Family 2003 Trust | 812 Park Avenue, Apt 3D | | New York | |
| Blair Effron | 39 East 79th Street, 8th Floor | | New York | |
| Alan Hartman | 31 West 52nd Street, 22nd Floor | | New York | |
| Jack Levy | 430 North Lake Way | | Palm Beach | |
| Susannah Coltman | 888 Lorimer Street, #3 | | Brooklyn | |
| Bank of Montreal, doing business as, BMO Capital Partners | 105, Saint-Jacques, 3rd floor | | Montreal | |
| Moiz Ali Investments LLC | 4128 Saguaro Ln | | Irving | |
| Global Mail, Inc. dba DHL eCommerce Solutions | 2700 South Commerce Pkwy Suite 300 | | Weston | |
| Staci Americas LLC (formerly Amware Fulfillment LLC) | PO Box 956430 | | Duluth | |
| Emerson Healthcare, LLC | 413 East Lancaster Avenue | | Wayne | |
| Media Solutions Group Canada /Adworks/Pratt | 5925 Airport Road, Suite 200 | | Mississauga | |
| Media Solutions Group Canada/Adworks Mailing Services Inc. | 2283 Anson Drive | | Mississauga | |
| Stevens Global Logistics, Inc. | 3700 Redondo Beach Ave | | Redondo Beach | |
| Amazon Web Services, Inc. | 410 Terry Avenue North | | Seattle | |
| HubSpot Inc. | 25 First Street | | Cambridge | |
| HubSpot Inc. | Two Canal Park | | Cambridge | |
| Bazaarvoice Inc | 10901 Stonelake Blvd | | Austin | |
| Merical LLC | 2995 E. Miraloma Ave | | Anaheim | |
| Clever Foods & Supplements, LLC | 1508 VO Tech Dr | | Weslaco | |
| Robinson Pharma, Inc. | 3330 South Harbor Blvd. | | Santa Ana | |
| WIN Nutrition, LLC | 794 Sunrise Blvd | | Mount Bethel | |
| Premier Global Real Estate Services Inc. | 8430 Santa Monica Blvd | | West Hollywood | |
| Davinci Virtual, LLC | 2150 South 1300 East | Suite 200 | Salt Lake City | |
| Bonn Bornheimer Strasse BC GmbH | Bornheimer Str. 127, 1st floor | | Bonn 53119 | |
| Regus Management Group, LLC | 1129 Northern Blvd, Suite 404 | | Manhasset | |
| Chalati Lawyer Inc. | 200-2205 boul. Cote-Vertu | | Montreal | |
| PayPal, Inc. / Attention: Legal Department | 2211 North First Street | | San Jose | |
| Shopify Inc. | 150 Elgin Street | Suite 800 | Ottawa | |
| Afterpay US, Inc. | PO Box 328 | | San Francisco | |
| Griffin International Companies Inc (Cities Market Studios) | 5850 Opus Parkway, Ste 250 | | Minnestonka | |
| Endeavor House LLC | Attn: Brad Davis | P.O. Box 6362 | Scottsdale | |
| Connect Brand Management | 9 Heaney Court | | Aurora | |
| Mueller Yurgae | 2155 E., 129 Street | | Olathe | |
| On Retail | 326 SW A St Ste 200 | | Bentonville | |
| Feldkamp Marketing | 7691 Five Mile Rd, Suite 203 | | Cincinnati | |
| The Shuster Group, LLC | 2213 Mendon Road | | Woonsocket | |
| iLevel Brands Inc | 7600 Newhall Ln | | Austin | |
| Advanced Marketing&Sales | 7602 N 13th Ave | | Phoenix | |
| Specialty Foods Sales & Marketing | 4887 E. La Palma Ave Suite 703 | | Anaheim | |
| Bolton Food Group, LLC | 2139 E. Sigler Road | | Carleton | |
| Vendo LLC | 11601 Wilshire Blvd | Suite 1818 | Los Angeles | |
| Market Performance Group | PO Box 1007 | | Princeton Junction | |
| Wodika Devine, Inc. | 25625 Southfield Road, Suite 100 | | Southfield | |
| Wodika Devine, Inc. | 2118 Three Mile Road NW, Suite A | | Grand Rapids | |
| Emerson Healhcare LLC | 413 East Lancaster Avenue | | Wayne | |
| 1WorldSync, Inc. | 300 South Riverside Plaza | Suite 1400 | Chicago | |
| Automatic Data Processing, Inc. (ADP Canada Co.) | 3250 Bloor Street West, Suite 1500 | | Toronto | |
| Attentive Mobile Inc | 221 River Street | Suite 9047 | Hoboken | |

| | | | | |
|---|---|---|---|---|
| Avalara, Inc. | 255 South King Street | Suite 1800 | Seattle | |
| Bay Cities Container Corporation | 5138 Industry Avenue | | Pico Rivera | |
| Treetop Industries LLC fka Canopy Industries, LLC | 7901 Cameron Rd | Suite 3-332 | Austin | |
| Empire Display Solutions | 80 Orville Drive, Suite 100 | | Bohemia | |
| Five9 | 4000 Executive Parkway, Suite 400 | | San Ramon | |
| Freshworks Inc. | 2950 S. Delaware Street, Suite 201 | | San Mateo | |
| Google LLC (Google AdSense) | 1600 Amphitheatre Parkway | | Mountain View | |
| Google Workspace (GSuite) | 1600 Amphitheatre Parkway | | Mountain View | |
| iLevel Brands Inc | 7600 Newhall Ln | | Austin | |
| Direct Digital Solutions | Blk 45, Lot 14 and 15, phase 9b Deca Resorts Tacunan | | Davao City 8000 | |
| Liveketo Private Limited | Suite 23, 3rd floor, Tower A, Emaar Digital Greens, Sector-61 | Golf Course Extension Road | Gurgaon, Haryana 122001 | |
| SIGNIFYD Inc. | 2540 North First Street, Ste 300 | | San Jose | |
| SIGNIFYD Inc. | 99 Almaden Blvd | 4th floor | San Jose | |
| Shopify | 150 Elgin Street | Suite 800 | Ottawa | |
| Vendo LLC | 11601 Wilshire Blvd., Suite 1818 | | Los Angeles | |
| Fodmap Pty Ltd | Level 1 91 Maroondah Hwy | | Ringwood Vic 3134 | |
| Comar, LLC / Paradigm Packaging West, LLC | 220 Laurel Rd #201 | | Voorhees Township | |
| Juro Online Limited | 1 Long Lane | | London SE1 4PG | |
| SPS Commerce | PO Box 205782 | | Dallas | |
| Vegan Awareness Foundation DBA Vegan Action | P.O. Box 7313 | | Richmond | |
| Recharge Inc. | 1507 20th St. | | Santa Monica | |
| Marsh Canada | 1, Place Ville Marie, Bureau 1500 | | Montréal | cssinvoiceadminteam1@marsh.com; Stephanie.Arbour@marsh.com |
| Marsh Canada Limited – Head Office | 120 Bremner Boulevard, Suite 800 | | Toronto | cssinvoiceadminteam1@marsh.com; Stephanie.Arbour@marsh.com |
| Newline Holdings UK / Limited Lloyd's Underwriter Syndicate No. 1218 NWL | 1 Fen Ct | | London | |
| CNA Hardy / Lloyd's Underwriter Syndicate No. 0382 HDU | 13th Floor, 20 Fenchurch St | | London | |
| Zurich Insurance Company Ltd | 1800 avenue McGill College, suite 1100 | | Montréal | |
| Victor Canada | 500-1400 Blair Towers Place | | Ottawa | |
| Continental Casualty Company (CNA Canada) | 1800 McGill College Avenue, Suite 520 | | Montréal | |
| AXIS Reinsurance Company (Canadian Branch) | 70 York St | | Toronto | |
| Epic Brokers | 350 s. grand avenue #4500 | | Los Angeles | Pabla.barros@epicbrokers.com |
| The Hartford (Facility Insurance) / Property Choice Hartford Fire Insurance Company | One Hartford Plaza | | Hartford | businesscenter@mail.service.thehartford.com |
| Manufacturers Life Insurance Company Ltd. | 2000 Rue Mansfield #8 | | Montréal | |
| Circle K Procurement and Brands Ltd. | Circle K House, Beech Hill | Clonskeagh | Dublin 4 D04 Y016 | |
| Bhagwati Devi Baldwa d/b/a Shri Kartikeya Pharma, and Ixoreal Biomed Inc. | 5-9-225, 3rd Floor, Sanali Estate, C.A. Lane | | Abids, Hyderabad 500001 Telangana State | |
| Zemanek & Mills | 11835 West Olympic Boulevard, Suite 360 | | Los Angeles | |
| American Express Travel Related Services Company, Inc | 200 Vesey Street | | New York | |
| Jaffe & Asher LLP | 600 Third Avenue | | New York | |
| DLA Piper LLP (US) | 3203 Hanover Street, Suite 100 | | Palo Alto | |
| Much Shelist, P.C. | 191 N. Wacker Drive, Suite 1800 | | Chicago | |
| CEVA Contract Logistics U.S., Inc. fka CEVA Logistics US, Inc. | 15350 Vickery Drive | | Houston | |
| Kane Russell Coleman Logan PC | 5151 San Felipe Street | Suite 800 | Houston | |
| Southwest Material Handling, Inc. (dba Southwest ToyotaLift and Southwest Warehouse Solutions) | 3725 Nobel Court | | Mira Loma | |
| Goe Forsythe & Hodges LLP | 17701 Cowan Avenue, Suite 210 (Lobby D) | | Irvine | |
| Unified Merchandising LLC | 40 Boright Ave. | | Kenilworth | |
| Lentz & Gengaro LLP | 347 Mt. Pleasant Avenue, Suite 203 | | West Orange | |
| Sharon and Odelya Hoffman | 117 South Royal Ascot Drive | | Las Vegas | |

| | | | | |
|---|---|---|---|---|
| RGL Holdings LLC | 1930 Village Center Cir. STE 3-136 | | Las Vegas | |
| RGL Management LLC | 17120 South Figueroa Street, Unit B | | Gardena | |
| RGL Management LLC | 1930 Village Center Cir. STE 3-136 | | Las Vegas | |
| Folkenflik & McGerity | 1500 Broadway, Suite 810 | | New York | |