# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 15 |
| GOLI NUTRITION INC.[1] | Case No. 24-10438 (LSS) |
| Debtor in a Foreign Proceeding. | |
| In re: | Chapter 15 |
| GOLI NUTRITION (USA) INC.[2] | Case No. 24-10439 (LSS) |
| Debtor in a Foreign Proceeding. | Ref. No. 3 |

## ORDER DIRECTING JOINT ADMINISTRATION OF CASES
## UNDER CHAPTER 15 OF THE BANKRUPTCY CODE

Upon the motion (the "Motion")[3] of Deloitte Restructuring Inc. (the "Petitioner"), the court-appointed monitor and authorized foreign representative for the above-captioned debtors (collectively, the "Debtors"), for entry of an order, pursuant to section 105(a) of the Bankruptcy Code, Bankruptcy Rule 1015(b) and Local Rule 1015-1, directing the joint administration of the Debtors' related Chapter 15 cases (the "Chapter 15 Cases"), for procedural purposes only, and upon consideration of the Motion and the arguments contained therein; and upon consideration of the Verified Petition; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and due and proper notice

---

[1] Goli Nutrition Inc.'s ("Goli Canada") has a federal tax identification number that ends in 0002.

[2] Goli Nutrition Inc.'s ("Goli US") has a federal tax identification number that ends in 2655.

[3] Capitalized terms used but not otherwise defined in this Order shall have the meanings ascribed to them in the Motion.

{1431.001-W0075024.}

of the Motion and hearing to consider the relief requested herein (the "Hearing") appearing adequate and appropriate under the circumstances; and this Court having found that no other or further notice need be provided; and the legal and factual bases set forth in the Motion establishing just and sufficient cause to grant the relief requested therein; and the relief granted herein being in the best interests of the Debtors, their estates, creditors and all parties in interest; and the Court having held the Hearing with the appearances of interested parties noted in the record of the Hearing, if any; and no objection to the Motion having been filed or made at the Hearing on the Motion; and the Court having determined that no other or further notice need be given; and upon all of the proceedings before the Court and after due deliberation and sufficient cause appearing therefor:

**IT IS HEREBY ORDERED THAT:**

1. The Motion is granted as set forth herein.

2. The Chapter 15 Cases shall be jointly administered and consolidated for procedural purposes only.

3. The clerk of the Court shall maintain one file and one docket for the Chapter 15 Cases, which file and docket shall be the file and docket for the Chapter 15 case of Goli Nutrition Inc., Case No. 24-10438 (LSS).

4. The consolidated caption of jointly administered cases, including the accompanying footnote, shall read as follows:

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------- x
In re:                                                              :
                                                                    :  Chapter 15
                                                                    :
GOLI NUTRITION INC., *et al.*,[1]                                   :  Case No. 24-10438 (LSS)
                                                                    :
                                                                    :  (Jointly Administered)
         Debtors in a Foreign Proceeding.                           :
------------------------------------------------------------------- x

---

[1] The Debtors in these Chapter 15 cases, are: Goli Nutrition, Inc., a company incorporated in Québec, Canada and the last 4 digits of its Canadian business number is 0002; and Goli Nutrition Inc., a company incorporated in Delaware and the last 4 digits of its federal tax identification number is 2655. The Debtors are collectively managed from their corporate headquarters which are located at 2205 Boul. De la Côte-Vertu, suite 200, Montreal, Québec, Canada.

5. The Clerk of the Court shall make a docket entry in each of the Chapter 15 Cases other than Goli Nutrition Inc. substantially as follows:

> An Order has been entered in this case directing the joint administration of the Chapter 15 cases of Goli Nutrition Inc. and Goli Nutrition, Inc. (USA). The docket in Case No. 24-10438 should be consulted for all matters affecting this case.

6. Nothing contained in the Motion or this Order shall be deemed or construed as directing or otherwise effecting a substantive consolidation of the Chapter 15 Cases.

7. The Petitioner is authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

8. This Court shall retain jurisdiction with respect to all matters arising from or related to the interpretation or implementation of this Order.

Dated: March 22nd, 2024
Wilmington, Delaware

LAURIE SELBER SILVERSTEIN
UNITED STATES BANKRUPTCY JUDGE