IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------------- x
In re:                                                        :
                                                              :   Chapter 15
                                                              :
COPPER PULSE INC.,¹                                           :   Case No. 24-10439 (LSS)
                                                              :
                                                              :
        Debtor in a Foreign Proceeding.                       :
------------------------------------------------------------- x
```

## DECLARATION OF SERVICE

I, Paul Chambers, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury under the laws of the United States of America that I am over twenty-one years of age, of sound mind, and capable of making this declaration. All of the facts and statements contained herein are within my personal knowledge and are, in all things, true and correct.

I caused to be served a copy of the *Petitioner's Final Report and Motion for Entry of an Order (I) Recognizing and Enforcing Termination Order, (II) Closing the Chapter 15 Case, (III) Granting Related Relief,* a copy of which is attached hereto as **Exhibit A**, upon:

- all Notice Parties with Canadian addresses and international addresses (not including the United States) on May 6, 2024 via Canada Post Regular Mail; and

- all Notice Parties with United States addresses on May 7, 2024 via USPS Priority Mail.

A list of all Notice Parties is attached hereto as **Exhibit B.**

Executed this 14th day of May 2024 in Montréal, Canada

_____
Paul Chambers

---

[1] The Debtor in this Chapter 15 case and the last four digits of its federal tax identification number is: Copper Pulse Inc. (f/k/a Goli Nutrition, Inc.) (2655). The Debtor is managed from its corporate headquarters, which is located at 2205 Boul. De la Côte-Vertu, suite 200, Montreal, Québec, Canada.