IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---

| | |
|---|---|
| In re: | Chapter 15 |
| COPPER PULSE INC.,[1] | Case No. 24-10439 (LSS) |
| | Ref. No. 4 |
| Debtors in a Foreign Proceeding. | |

---

**CERTIFICATION OF COUNSEL REGARDING ORDER CLOSING CHAPTER 15 CASE OF COPPER PULSE INC., CASE NO. 24-10439 (LSS)**

I, Matthew R. Pierce, counsel to Deloitte Restructuring Inc., in its capacity as the duly authorized foreign representative (in such capacity, the "Petitioner"), as defined by section 101(24) of title 11 of the United States Code (the "Bankruptcy Code"), of Copper Pulse Inc. (f/k/a Goli Nutrition Inc.), a company incorporated in Delaware, hereby certifies as follows to the best of my knowledge, information and belief:

1. On March 10, 2024, the Petitioner filed the *Petitioner's Final Report and Motion for Entry of an Order (I) Recognizing and Enforcing Termination Order, (II) Closing the Chapter 15 Case (III) Granting Related Relief* [Docket No. 4] (the "Motion"). Attached to the Motion as Exhibit A was a proposed order granting the relief requested (the "Proposed Order").

2. On June 12, 2024, the Court held a hearing (the "Hearing") to consider the relief requested in the Motion.

3. The Petitioner has revised the Proposed Order consistent with the record at the Hearing, a copy of the Revised Order is attached hereto as **Exhibit A** (the "Revised Order"). A blackline reflecting changes between the Revised Order and the Order is attached hereto as **Exhibit B**.

---

[1] The Debtor in this Chapter 15 case and the last four digits of its federal tax identification number is: Copper Pulse Inc. (f/k/a Goli Nutrition, Inc.) (2655). The Debtor is managed from its corporate headquarters which are located at 2205 Boul. De la Côte-Vertu, suite 200, Montreal, Québec, Canada.

{1431.001-W0076227.}

4. The Petitioner circulated the Revised Order to counsel for the Office of the United States Trustee for the District of Delaware (the "U.S. Trustee"), and such counsel has advised that the U.S. Trustee does not object to entry of the Revised Order.

5. In accordance with the Court's electronic order processing procedures, a clean copy of the Revised Order shall be uploaded to CM/ECF.

6. Accordingly, the Petitioner respectfully requests that the Court enter the Revised Order at its earliest convenience.

Dated: June 13, 2024
Wilmington, Delaware

**LANDIS RATH & COBB LLP**

*/s/ Matthew R. Pierce*
Matthew B. McGuire (No. 4366)
Matthew R. Pierce (No. 5946)
Joshua B. Brooks (No. 6765)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
Email: mcguire@lrclaw.com
      pierce@lrclaw.com
      brooks@lrclaw.com

-and-

**NORTON ROSE FULBRIGHT US LLP**
Andrew Rosenblatt (admitted *pro hac vice*)
Francisco Vazquez (admitted *pro hac vice*)
Michael Berthiaume (admitted *pro hac vice*)
1301 Avenue of the Americas
New York, New York 10019
Telephone: (212) 408-5100
Facsimile: (212) 541-5369
Email: andrew.rosenblatt@nortonrosefulbright.com
francisco.vazquez@nortonrosefulbright.com
michael.berthiaume@nortonrosefulbright.com

*Counsel to the Petitioner*