IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x
In re:                                                       :
                                                             :   Chapter 15
COPPER PULSE INC.,[1]                                        :
                                                             :   Case No. 24-10439 (LSS)
                                                             :
        Debtor in a Foreign Proceeding.                      :   Ref. No. 4
                                                             :
------------------------------------------------------------ x

**ORDER (I) CLOSING CHAPTER 15 CASE AND
(II) RECOGNIZING THE TERMINATION ORDER**

Upon consideration of the motion (the "Motion")[2] of Deloitte Restructuring Inc., in its capacity as the court-appointed monitor and duly authorized foreign representative (in such capacity, the "Petitioner"), as defined by section 101(24) of title 11 of the United States Code (the "Bankruptcy Code"), of the above-captioned debtor (the "Debtor"), pursuant to sections 105, 350(a), 1517(d), 1518(1), 1521 and 1522 of the Bankruptcy Code, Rule 5009 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 5009-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), for entry of an order closing the Debtor's Chapter 15 case (the "Chapter 15 Case") and recognizing the Termination Order; and upon consideration of the Final Report and the Certification of No Objection; and the Court finding that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012, (b) this matter is a core proceeding within the meaning

---

[1] The Debtor in this Chapter 15 case and the last four digits of its federal tax identification number is: Copper Pulse Inc. (f/k/a Goli Nutrition, Inc.) (2655). The Debtor is managed from its corporate headquarters, which is located at 2205 Boul. De la Côte-Vertu, suite 200, Montreal, Québec, Canada.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

of 28 U.S.C. § 157(b)(2), and (c) notice of the Motion was due and proper under the circumstances; and it appearing that the relief requested in the Motion is in the best interest of the Debtors, their creditors and other parties-in-interest; and after due deliberation, and good and sufficient cause appearing therefor:

IT IS HEREBY ORDERED, ADJUDGED and DECREED that:

1. The Motion is GRANTED as set forth herein.

2. The Final Report is approved.

3. The Chapter 15 Case is hereby closed.

4. This Order is without prejudice to the rights of any party to seek to reopen the Chapter 15 Cases for cause pursuant to section 350(b) of the Bankruptcy Code.

5. Any orders heretofore entered by this Court in the Chapter 15 Case shall survive the entry of this Order.

6. The clerk of this Court shall enter this Order on the docket of the Chapter 15 Case and the docket shall be marked as "Closed."

7. Paragraphs 44 through and including 67 of the Termination and Discharge Order entered in the Canadian Proceeding, as they relate to Copper Pulse Inc. (f/k/a Goli Nutrition Inc. (US)) and/or the Monitor, are hereby recognized and given full force and effect in the territorial jurisdiction of the United States.

8. Notwithstanding anything to the contrary, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

9. This Court shall retain jurisdiction with respect to its prior orders in the Chapter 15 Case, the enforcement, amendment or implementation of this Order or requests for any additional relief in or related to the Chapter 15 Case.

**Dated: June 14th, 2024**
**Wilmington, Delaware**

LAURIE SELBER SILVERSTEIN
UNITED STATES BANKRUPTCY JUDGE

- 3 -